THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS SCIASCIA, Appellant.

Argued June 6, 1945; decided July 19, 1945.

*Joseph F. Carlino* for appellant.

*Farrell M. Kane, District Attorney (John F. Kavanagh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.